UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Judson Thomas Farley #83378

Case No. 15-mc-80193-JD

**ORDER OF SUSPENSION**

Because Judson Thomas Farley has failed to respond to the Order to Show Cause, Mr. Farley's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated: August 28, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF | Case No. 15-mc-80193-JD |
|---|---|
| Judson Thomas Farley #83378 | **CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 8/28/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Judson Thomas Farley
830 Bay Avenue
#B
Capitola, CA 95010

Dated: 8/28/2015

Richard W. Wieking
Clerk, United States District Court

By: *Lisa R. Clark*
_____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato

2